## VIANELLO FORENSIC CONSULTING, Appellant,

v.

## PITMAN UTILITY PRODUCTS, INC., et al., Respondents.

### WD 79127

Missouri Court of Appeals, Western District.

Order filed: May 16, 2017

Joe D. Jacobson, for Appellant.

Benjamin Long, for Respondents.

Before Division Three: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

## ORDER

### PER CURIAM:

Vianello Forensic Consulting, LLC, appeals the judgment of the Jackson County Circuit Court following bench trial in a civil case. It raises six points on appeal complaining about two issues. First, it says the trial court erred in relying on opinion

testimony by an expert witness. Second, it says the trial court erred in relying on settlement discussions between the parties and settlements made by pertinent parties. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).